UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | NO. |
| JOSHUA J. JOHNSON, | ) ) ) | 4:25CR63-HEA/SRW |
| Defendant. | ) | |

**FILED** FEB 2 0 2025 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about the August 9, 2024, in the Eastern District of Missouri, the defendant, JOSHUA J. JOHNSON, knowingly aimed the beam of a laser pointer at the flight path of a Metro Air Support Helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. Sec. 39A.

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney