UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cr-00063-HEA-SRW |
| | ) |
| JOSHUA J JOHNSON, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO WAIVE PRE-TRIAL MOTIONS**

Comes now Defendant, Joshua Johnson, by and through counsel, Assistant Federal Public Defender Julie Clark, having been fully advised of his right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that he wishes to raise by way of pre-trial motions. Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

Respectfully submitted,

/s/ Julie Clark
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri  63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Julie_Clark@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Geoffrey Stephen Ogden, Assistant United States Attorney.

<u>/s/ Julie Clark</u>