UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:25-cr-00063-HEA |
| | ) | |
| JOSHUA J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## The Government's Exhibit List

The United States of America—by and through Acting U.S. Attorney Matthew T. Drake and Assistant U.S. Attorney Mohsen Pasha—advises the Court and the defense of its intention to offer as exhibits at trial the following items of tangible and intangible property:

| EXHIBIT NUMBER | DESCRIPTION | OFFERED/ADMITTED |
|---|---|---|
| 1 | Laser pointer seized from Defendant's vehicle | _____/_____ |
| 2 | Photograph of Metro Air Support helicopter | _____/_____ |
| 3A | Excerpt from radio transmissions (0:15 to 1:05) | _____/_____ |
| 3B | Excerpt from radio transmissions (1:09 to 1:13) | _____/_____ |
| 3C | Excerpt from radio transmissions (1:19 to 1:22) | _____/_____ |
| 3D | Excerpt from radio transmissions (1:23 to 1:27) | _____/_____ |
| 3E | Excerpt from radio transmissions (1:29 to 1:32) | _____/_____ |
| 3F | Excerpt of radio transmissions (1:32 to 1:42) | |

1

| | | |
|---|---|---|
| | | _____/_____ |
| 3G | Excerpt from radio transmissions (1:42 to 2:04) | _____/_____ |
| 3H | Excerpt from radio transmissions (2:05 to 2:11) | _____/_____ |
| 3I | Excerpt from radio transmissions (2:12 to 2:40) | _____/_____ |
| 3J | Excerpt from radio transmissions (3:08 to 3:45) | _____/_____ |
| 4 | Benton Park Zoomed In Neighborhood Map | _____/_____ |
| 5 | South Downtown and Benton Park Neighborhood Map | _____/_____ |
| 6A | Excerpt from Collin McAnany Body Worn Camera Footage (24033748_08_09_2024_21_51_29_Collin_McAnany.mp4 from 16:35 to 16:52) | _____/_____ |
| 6B | Excerpt from Collin McAnany Body Worn Camera Footage (24033748_08_09_2024_21_51_29_Collin_McAnany.mp4 from 17:03 to 17:08) | _____/_____ |
| 7 | Excerpt from jail call (20250415-1208-J_JOHNSON.mp3 from 1:49 to 2:02) | _____/_____ |
| 8A | Excerpt from jail call (20250501-1907-J_JOHNSON.mp3 from 0:34 to :49) | _____/_____ |
| 8B | Excerpt from jail call (20250501-1907-J_JOHNSON.mp3 from 1:55 to 2:47) | _____/_____ |

This exhibit list is merely advisory. The government reserves the right to add, delete, or modify this list, and/or utilize additional evidence at trial, including, but not limited to, in rebuttal. Should the government elect to utilize additional exhibits, they shall be disclosed as soon as practicable.

Respectfully submitted,

MATTHEW T. DRAKE
ACTING UNITED STATES ATTORNEY

/s/ *Mohsen Pasha*
Mohsen Pasha, #67373MO
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Mohsen Pasha*
ASSISTANT UNITED STATES ATTORNEY
Mohsen Pasha, #67373MO