UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cr-00063-HEA |
| | ) |
| JOSHUA J JOHNSON, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR JUDGMENT OF ACQUITTAL AT THE CLOSE OF ALL EVIDENCE

Defendant, JOSHUA J JOHNSON, through Assistant Federal Defender Julie Clark, pursuant to Fed. R. Crim. P. 29, moves for a judgment of acquittal at the close of the Government's evidence. In support, he states:

1. The evidence presented is insufficient to sustain a conviction as a matter of law.

2. The evidence offered is equally consistent with a finding of innocence.

Respectfully submitted,

/s/ Julie Clark
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Julie_Clark@fd.org
Attorney for Defendant

### CERTIFICATE OF SERVICE

Assistant Federal Public Defender Julie Clark certifies that on July 23, 2025, she hand filed a copy of the foregoing with the Clerk of Court, and hand-delivered a copy to Assistant United States Attorney Mohsen Pasha.

/s/ Julie Clark